UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL SIMMONS AND THELMA COSBY, On Behalf of Themselves and On Behalf of All Others Similarly Situated<br><br>VERSUS<br><br>K & E RESOURCES, LLC AND JANE OLA EASTERLY ACHORD | C.A. NO. 2:19-cv-14040<br><br><br>JUDGE ELDON E. FALLON<br><br><br>MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

**JOINT MOTION TO APPROVE SETTLEMENT
AND FOR DISMISSAL OF ALL CLAIMS**

NOW INTO COURT, through undersigned counsel, come named plaintiffs, Carl Simmons and Thelma Cosby, on behalf of themselves and on behalf of all the Opt-In Plaintiffs who filed their consents to join the above-captioned lawsuit ("Plaintiffs"), and defendants, K & E Resources, L.L.C., and Jane Ola Easterly Achord (collectively, "Defendants") (Plaintiffs and Defendants may be jointly referred to as the "Parties"), who hereby represent to the Court that they have resolved the issues in this matter in their entirety and respectfully request: (a) that the Court approve the Parties' Settlement and Release Agreement under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA"), and (b) dismiss this lawsuit with prejudice. In support of this motion, the Parties submit: (1) the attached Memorandum in Support, and (2) the Parties' Settlement and Release Agreement, attached as Exhibit "A."

For the reasons stated in the Parties' Memorandum in Support, Plaintiffs and Defendants jointly request that the Court enter an order approving the Parties' settlement and release agreement and dismissing this action with prejudice.

Respectfully Submitted:

*/s/ Ryan P. Monsour*
Preston L. Hayes
(plh@hmsfirm.com)
Ryan P. Monsour
(rpm@hmsfirm.com)
Zachary Rhys Smith
(zach@zrsmithlaw.com)
HMS, LLC
404 East Gibson Street
Covington, LA  70433
Telephone:  (504) 356-0110
Facsimile:  (504) 356-0112
**Attorneys for Plaintiffs**

*/s/ A. Edward Hardin, Jr.*
A. Edward Hardin, Jr. (#25079)
(edward.hardin@keanmiller.com)
Erin L. Kilgore (#31244)
(erin.kilgore@keanmiller.com)
Chelsea Caswell (#35147)
(chelsea.caswell@keanmiller.com)
KEAN MILLER LLP
P.O. Box 3513
Baton Rouge, LA  70821
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

David M. Whitaker (#21149)
(david.whitaker@keanmiller.com)
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
**Attorneys for K & E Resources, L.L.C. and Jane Ola Easterly Achord**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as follows:

Preston L. Hayes
(plh@hmsfirm.com)
Ryan P. Monsour
(rpm@hmsfirm.com)
Zachary Rhys Smith
(zach@zrsmithlaw.com)
HMS, LLC
404 East Gibson Street
Covington, LA 70433
Facsimile: (504) 356-0112

_____
A. Edward Hardin, Jr.