UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CARL SIMMONS AND THELMA COSBY,<br>On Behalf of Themselves and On Behalf of<br>All Others Similarly Situated | C.A. NO. 2:19-cv-14040 |
| VERSUS | JUDGE ELDON E. FALLON |
| K & E RESOURCES, LLC AND<br>JANE OLA EASTERLY ACHORD | MAGISTRATE JUDGE<br>DONNA PHILLIPS CURRAULT |

**<u>ORDER</u>**

CONSIDERING the Parties Joint Motion to Approve Settlement and for Dismissal of All Claims, and after evaluating the settlement and release agreement between the Parties, and finding the agreement to be fair and reasonable and approving same under the Fair Labor Standards Act;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Parties' Joint Motion to Approve Settlement and for Dismissal of All Claims is granted, and that the instant action is dismissed with prejudice, with each party to bear his/her/its own attorneys' fees and cost (except as otherwise agreed in the Parties Settlement and Release Agreement).

SIGNED at New Orleans, Louisiana, this 20 day of November 2020.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA